# United States Bankruptcy Court
### District of Delaware

In re  **Artisan Kitchens LLC**                                                        Case No.  **19-12774**
                                         Debtor(s)                                     Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Artisan Kitchens LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Boss Enterprises - 5th & Greenhill LLC**
**2 McCullough Drive, Unit 1A**
**New Castle, DE 19720**

**Brian Wruble**
**Wruble Family Trust of 1997**
**1107 Key Plaza PMB 447**
**Key West, FL 33040**

**Gary and Kathy Linarducci**
**1106 Westover Road**
**Wilmington, DE 19807**

**Hanns Derke**
**106 Long Drive**
**Avondale, PA 19311**

**Jeffrey and Debi Brooks**
**115 Quintynnes Drive**
**Wilmington, DE 19807**

**Ken Fleischer**
**557 General Knox Road**
**King of Prussia, PA 19406**

**Method Design**
**c/o Reese Campbell**
**628 Witthill Road**
**Ridgewood, NJ 07450**

**Monte Oeste**
**4 Park Avenue, Pent House 4**
**New York, NY 10016**

☐ None [*Check if applicable*]

**December 31, 2019**                                    **/s/ Eric J. Monzo**
Date                                                     **Eric J. Monzo 5214**
                                                         Signature of Attorney or Litigant
                                                         Counsel for  **Artisan Kitchens LLC**
                                                         **Morris James LLP**

**500 Delaware Avenue, Suite 1500**
**Wilmington, DE 19801**
**(302) 888-6800 Fax:(302) 571-1750**
**emonzo@morrisjames.com**