**Fill in this information to identify the case:**

Debtor name __Artisan Kitchens LLC__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __19-12774__

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ 29,978.26

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ 29,978.26

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ 250,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................. $ 1,112,553.02

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ 521,689.94

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b $ 1,884,242.96

**Fill in this information to identify the case:**

Debtor name: __Artisan Kitchens LLC__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known): __19-12774__

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor    Current value of debtor's interest

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11b. Over 90 days old:    **24,653.26**   -   **0.00**  =....   **$24,653.26**
                              face amount         doubtful or uncollectible accounts

12. **Total of Part 3.**    **$24,653.26**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 1

| Debtor | Artisan Kitchens LLC | Case number (If known) 19-12774 |
|---|---|---|
| | Name | |

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Office Furniture and Equipment | Unknown | | $802.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Computers and software | Unknown | | $4,523.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $5,325.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

| Debtor | Artisan Kitchens LLC | Case number (If known) | 19-12774 |
|---|---|---|---|
| | Name | | |

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **140 West Street (NY), LLC** | $0.00 |
| | Nature of claim       **Mechanic's Lien**<br>Amount requested              **$41,350.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

Debtor   **Artisan Kitchens LLC**                                   Case number *(If known)*  **19-12774**
         Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $24,653.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,325.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $29,978.26  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $29,978.26 |

**Fill in this information to identify the case:**

Debtor name: **Artisan Kitchens LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): **19-12774**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 | **WSFS**<br>Creditor's Name<br><br>**500 Delaware Avenue**<br>**Wilmington, DE 19801**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $250,000.00 | $0.00 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $250,000.00

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Artisan Kitchens LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **19-12774** |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**New York**<br>**290 Broadway**<br>**New York, NY 10007**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |
| 2.2 | **Priority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**State of Maryland**<br>**31 Hopkins Plaza**<br>**Baltimore, MD 21201**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |

| Debtor | Artisan Kitchens LLC | Case number (if known) | 19-12774 |
|---|---|---|---|
| | Name | | |

### 2.3
**Priority creditor's name and mailing address**
**Internal Revenue Service**
**State of New Jersey**
**934 Parkway Ave**
**Trenton, NJ 08618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

### 2.4
**Priority creditor's name and mailing address**
**Internal Revenue Service**
**844 King Street**
**Wilmington, DE 19801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$280.78    $280.78

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

### 2.5
**Priority creditor's name and mailing address**
**Internal Revenue Service (PA)**
**P.O. Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

### 2.6
**Priority creditor's name and mailing address**
**New York State Dept of Taxation and Fina**
**Syracuse District Office**
**333 E. Washington Street**
**3rd Floor**
**Syracuse, NY 13202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,105,183.18    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Artisan Kitchens LLC | Case number (if known) | 19-12774 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address<br>**Payroll Liabilites** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,089.06 | $7,089.06 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**A/S Custom**<br>**364-C Valley Road**<br>**Warrington, PA 18976** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,600.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**American Express**<br>**c/o Stillman Law Office**<br>**30057 Orchard Lake Road**<br>**Suite 200Dept 100**<br>**Farmington, MI 48334** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $53,759.98 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Andron Construction Company**<br>**21 Anderson Lane**<br>**Goldens Bridge, NY 10526** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $112,311.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>**Artisan Custom Interiors**<br>**163 Hempstead Tpke**<br>**West Hempstead, NY 11552** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,350.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>**Bossen Architectural Millwork**<br>**1423 Broad Street**<br>**P.O. Box 2033**<br>**Cinnaminson, NJ 08077** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,072.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | Artisan Kitchens LLC | Case number (if known) | 19-12774 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Cabinets by Stanley, Inc<br>1830 Atlantic Avenue<br>Brooklyn, NY 11233<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | $27,347.60 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>CAN Capital, Inc.<br>2015 Vaughn Rd. NW<br>Building 500<br>Kennesaw, GA 30144<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | $50,122.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Capital One<br>c/o Midland Credit Management<br>350Camino De La Reina<br>Suite 100<br>San Diego, CA 92108<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | $13,983.81 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Chase Bank<br>c/o United Collection Bureau, Inc.<br>5620 Southwyck Blvd<br>Suite 206<br>Toledo, OH 43614<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | $17,851.84 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>CHBriggs<br>2047 Kutztown Road<br>P.O. Box 15188<br>Reading, PA 19612<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | $2,792.19 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Cincinnati Insurance Company<br>c/o Tenaglia & Hunt<br>395 West Passaic Street<br>Suite 205<br>Rochelle Park, NJ 07662<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | $27,044.00 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Colonial Electrical Supply, Inc.<br>201 W. Church Road<br>King of Prussia, PA 19406<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ☐ No   ■ Yes | $1,498.01 |

| Debtor | Artisan Kitchens LLC | Case number (if known) | 19-12774 |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Comcast**<br>**c/o Sequium Assett Solutions Collections**<br>**1130 Northchase Parkway**<br>**Suite 150**<br>**Marietta, GA 30067**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,103.33 |
|---|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Coram Glass Inc.**<br>**88-D Johnson Avenue**<br>**Ronkonkoma, NY 11779**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,114.40 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**D Mar Sales Company**<br>**347 Hibernia Road**<br>**Coatesville, PA 19320**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,330.65 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Delaware Divison of Revenue**<br>**820 N. French Street**<br>**Wilmington, DE 19801**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Delaware Secretary of State**<br>**401 Federal Street**<br>**Dover, DE 19901**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Dexterity**<br>**28 New York Avenue**<br>**Westbury, NY 11590**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $7,700.00 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Duane Morris**<br>**30 South 17th Street**<br>**Philadelphia, PA 19103**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,665.50 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | Artisan Kitchens LLC | Case number (if known) | 19-12774 |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,352.57** |
|---|---|---|---|
| | **Elkwood Construction Services**<br>**413 East Main Street**<br>**Suite B**<br>**New Holland, PA 17557** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,123.61** |
|---|---|---|---|
| | **Ferguson Enterprises, Inc.**<br>**P.O. Box 2778**<br>**12500 Jefferson Avenue**<br>**Newport News, VA 23602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,467.99** |
|---|---|---|---|
| | **Fessenden Hall**<br>**c/o McCrystal Law Office**<br>**1000 North West Street**<br>**Suite 1200**<br>**Wilmington, DE 19801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,913.33** |
|---|---|---|---|
| | **First Insurance Funding**<br>**450 Skokie Blvd**<br>**Suite 1000**<br>**Northbrook, IL 60062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,475.00** |
|---|---|---|---|
| | **First State Fabrication, LLC**<br>**26546 Seaford Road**<br>**Seaford, DE 19956** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,566.65** |
|---|---|---|---|
| | **Frank Novak & Sons**<br>**c/o Dworken & Bernstein Co.**<br>**60 South Park Place**<br>**Painesville, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,000.00** |
|---|---|---|---|
| | **Full Spectrum Interiors**<br>**322 Fourth Street**<br>**Ewing, NJ 08638** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Artisan Kitchens LLC | Case number (if known) | 19-12774 |
|---|---|---|---|
| | Name | | |

| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Gary Munch**<br>**2 McCullough Drive, Uite 1A**<br>**New Castle, DE 19720**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,761.21** |
|---|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Hafele American Co.**<br>**3901 Cheyenne Drive**<br>**P.O. Box 4000**<br>**High Point, NC 27263**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$183.62** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Hanns Derke**<br>**106 Long Drive**<br>**Avondale, PA 19311**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,512.50** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Hartford Insurance**<br>**c/o Brown & Joseph LLC**<br>**P.O. Box 59838**<br>**Schaumburg, IL 60159**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,277.60** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Holt & Bugbee**<br>**2202 Farmington Avenue**<br>**Boyertown, PA 19512**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,741.64** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**JLG Home Improvements, LLC**<br>**189 Duxbury Road**<br>**Purchase, NY 10577**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,000.00** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**JWH Millwork, LLC**<br>**429 Adams Street**<br>**Newark, NJ 07114**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,550.00** |

| Debtor | Artisan Kitchens LLC | Case number (if known) | 19-12774 |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address<br>**Marlin Business Bank**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $444.75 |
|---|---|---|---|
| 3.35 | Nonpriority creditor's name and mailing address<br>**McGrory Inc.**<br>**576 Rosedale Road**<br>**Kennett Square, PA 19348**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $42,900.00 |
| 3.36 | Nonpriority creditor's name and mailing address<br>**Method Design**<br>**76 Beaver Street**<br>**Floor 2**<br>**New York, NY 10005**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $17,610.83 |
| 3.37 | Nonpriority creditor's name and mailing address<br>**NY Workers Compensation Board**<br>**328 State Street**<br>**Room 331**<br>**Schenectady, NY 12305**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $12,500.00 |
| 3.38 | Nonpriority creditor's name and mailing address<br>**On The Scene**<br>**c/o Subranni Zauber LLC**<br>**750 Route 73 South**<br>**Suite 307B**<br>**Marlton, NJ 08053**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $4,697.50 |
| 3.39 | Nonpriority creditor's name and mailing address<br>**Ortys Interiors Corporation**<br>**1212 Ocean Avenue**<br>**Apt. 1g**<br>**Brooklyn, NY 11230**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $10,350.00 |
| 3.40 | Nonpriority creditor's name and mailing address<br>**Precise Graphix**<br>**2310 26th Street SW**<br>**Allentown, PA 18103**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $8,046.83 |

Debtor  **Artisan Kitchens LLC**  Case number (if known) **19-12774**
      *Name*

| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Richelieu**<br>**7021 Sterling Ponds Blvd**<br>**Sterling Heights, MI 48312**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$937.64** |
|---|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Selective Insurance Company**<br>**c/o Commercial Collection Corp.**<br>**P.O. Box 288**<br>**Tonawanda, NY 14151**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,850.00** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Stewart - Zerox Company**<br>**6000 Irwin Road**<br>**Mount Laurel, NJ 08054**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$550.11** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Toland & Son**<br>**230-D Gateway Drive**<br>**Bel Air, MD 21014**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$253.00** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Uline**<br>**c/o Caine & Weiner**<br>**12005 Ford Road**<br>**Dallas, TX 75234**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,272.26** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Velocity Networks.com**<br>**c/o N.A.R., Inc.**<br>**1600 West 2200 South**<br>**Suite 410**<br>**West Valley City, UT 84119**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$850.56** |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Verizon**<br>**P.O. Box 15124**<br>**Albany, NY 12212**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,133.97** |

| Debtor | **Artisan Kitchens LLC** | Case number (if known) | **19-12774** |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Waste Management of DE**<br>**300 Harvey Drive**<br>**Wilmington, DE 19804** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,648.54** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Wurth Baer Supply Company**<br>**900 Forest Edge Drive**<br>**Vernon Hills, IL 60061** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,071.92** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ■ Yes | |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **1,112,553.02** |
| **5b. Total claims from Part 2** | 5b. + $ | **521,689.94** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **1,634,242.96** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Artisan Kitchens LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **19-12774** |

☐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Renovation of property located at 13-15 E. 66th Street, New York, NY 10065** |
| | State the term remaining | |
| | List the contract number of any government contract | **Philippine Consulate General New York**<br>**556 Fifth Avenue**<br>**New York, NY 10036** |

**Fill in this information to identify the case:**

Debtor name **Artisan Kitchens LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) **19-12774**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Gary Munch** | **2 McCullogh Drive Suite 1A New Castle, DE 19720** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |